

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Jacob Dewayne Murray, Appellant

No. 06-23-00017-CR      v.

The State of Texas, Appellee

Appeal from the 213th District Court of Tarrant County, Texas (Tr. Ct. No. 1755471R). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Jacob Dewayne Murray, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 18, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk